UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stanley J. Baker,

    Plaintiff,

-vs-

A T & T Corporation et. al,

    Defendants.

    CIVIL ACTION NO. 05-70653

    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

_____/

**ORDER: (1) DISMISSING CASE FOR FAILURE TO STATE A CAUSE OF ACTION; AND (2) GRANTING PLAINTIFF BAKER'S IN FORMA PAUPERIS REQUEST FOR COSTS INCURRED PRIOR TO THIS ORDER OF DISMISSAL**

Having considered the application to proceed In Forma Pauperis under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED. However, after reviewing the complaint, the Court finds that Plaintiff Baker fails to state a recognizable cause of action. Therefore,

IT IS FURTHER ORDERED that this case be dismissed. Plaintiff Baker's filing fee for his complaint shall be paid by the United States.

SO ORDERED.

                                                /s/ Paul Borman
                                               PAUL D. BORMAN
                                               UNITED STATES DISTRICT COURT JUDGE

Dated: APR 1 9 2005
Detroit, Michigan

**FILED**

APR 2 1 2005

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT